IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

VMN ARKADELPHIA, LLC
PLAINTIFF

V.                          NO. 6:20-CV-06019-RTD

MUSE DESIGN, INC.                                              DEFENDANT


MUSE DESIGN, INC.                                       CROSS-PLAINTIFF

V.

VMN ARKADELPHIA, LLC and
ANNA ANTHROS                                         CROSS-DEFENDANTS


## ORDER OF DISMISSAL

Comes before the Court, the parties' Joint Motion to Dismiss (ECF No. 24). The Court, being well and sufficiently advised as to all matters of law and fact, finds and orders that:

1. All claims by Plaintiff, VMN Arkadelphia, LLC. contained in its complaint and/or amended complaint against Muse Design, Inc. or any other parties to this lawsuit are hereby DISMISSED WITH PREJUDICE.

2. All claims by Defendant and Cross-Plaintiff, Muse Design, Inc. contained in its counterclaim and/or crossclaim against VMN Arkadelphia, LLC, Anna Anthros or any other parties to this lawsuit are hereby DISMISSED WITH PREJUDICE.

3. Any claims not specifically addressed by paragraphs 1 and 2 above are hereby DISMISSED WITH PREJUDICE.

4. The Motion for Summary Judgment by Muse Design (ECF No. 16) is DENIED as moot.

5. Each party shall bear its own costs.

    **IT IS SO ORDERED** this 23rd day of April 2021.

*/s/ Robert T. Dawson*
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**